IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No.   07-cv-01949-LTB-BNB

UNITED STATES OF AMERICA for the use of KING MOUNTAIN GRAVEL, LLC, a Colorado limited liability company,

Plaintiff,

v.

RB CONSTRUCTORS, LLC, an Idaho limited liability company, and,
LIBERTY MUTUAL INSURANCE COMPANY,

Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 30th day of July 2009.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____  _____
Attorney for Plaintiff                                Attorney for Defendants