# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01949-LTB-BNB

UNITED STATES OF AMERICA, for the use of
KING MOUNTAIN GRAVEL, LLC, a Colorado limited liability company,

      Plaintiff,

v.

RB CONSTRUCTORS, LLC, an Idaho limited liability company, and
LIBERTY MUTUAL INSURANCE COMPANY,

      Defendants.

_____

## ORDER
_____

Upon Defendants' Motion for Stay of Proceedings to Enforce the Judgment of August 3, 2009 (Doc 107), it is

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that a supersedeas bond in the amount of $248,908.00 is APPROVED, subject to revision on resolution of the pending Plaintiff's Motion for Attorney Fees.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   September 17, 2009